UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

VINCENT MURRAY

v.                                                                                CA 12-433

STATE OF RHODE ISLAND and
JUSTICE JUDITH SAVAGE

MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond on June 14, 2012. No party has filed an objection. The Court adopts the Report and Recommendation in its entirety. Accordingly, this action is DISMISSED with prejudice as to the claims made against Justice Savage and all claims directly arising out of Petitioner's 1996 trial, conviction, and sentence.

The Respondent State of Rhode Island is directed to file on or before July 30, 2012 its response to the Petition for relief under 28 U.S.C. § 2254 as it relates to the claims arising out of Petitioner's 2007 adjudication as a probation violator.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
July 9, 2012