UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

VINCENT MURRAY

      v.                                                                          CA 12-433 ML

STATE OF RHODE ISLAND and
JUSTICE JUDITH SAVAGE

## MEMORANDUM AND ORDER

      This matter is before the Court on Respondent State of Rhode Island's Motion to Dismiss. Petitioner has not filed a response to the Motion, and the time for doing so has passed.

      The Court has considered the memorandum of law in support of the Motion to Dismiss. The Court GRANTS the Motion to Dismiss for the reasons set forth therein.

      In reviewing the docket in this case, the Court notes that Petitioner requested, and was granted, an extension of time to file his objection to the Report and Recommendation issued by Magistrate Judge Almond (Docket #2). That request was made after the Court had already adopted the Report and Recommendation (Docket #3). The Court has reviewed Petitioner's Objection (Docket #5) and finds no merit in Petitioner's claims. The Objection is therefore DENIED.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
August 23, 2012